IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.:  3:06-CV-041 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| 2004 Infinity FX Sport Utility<br>VIN JNRAS08W14X224818, et al, | : | |
| Defendants. | : | |

Upon application of Plaintiff and for good cause shown, the Warrant of Arrest in Rem issued in the above captioned matter shall not be sealed, and shall be entered on the Record.

**IT IS SO ORDERED.**

**March 2, 2006**                                                **s/Thomas M. Rose**

                                                                                JUDGE THOMAS M. ROSE